IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF ILLINOIS

CASE NO. 3:11-cv-01116-MJR-PMF

VALERIE MORGAN,

    Plaintiff,

v.

CAR CREDIT CITY, LLC,

    Defendants.

_____/

## NATURE OF ACTION

1.    This is an action brought under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 47 U.S.C. § 227(b)(3) and 28 U.S.C. § 1331.

3.    Venue is proper before this Court pursuant to 28 U.S.C. §1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district, where Plaintiff resides in this district, and where Defendant transacts business in this district.

## PARTIES

4.    Plaintiff, VALERIE MORGAN ("Plaintiff"), is a natural person who at all relevant times resided in the State of Illinois, County of St. Claire, and City of Swansea.

5.    Defendant, CAR CREDIT CITY, LLC ("Defendant"), is a professional corporation.

## FACTUAL ALLEGATIONS

6. On or about July 27, 2011, Defendant began calling Plaintiff's cellular telephone using an automatic telephone dialing system.

7. On September 15, 2011 at 1:43 P.M., Defendant received from Plaintiff a cease and desist letter, which contained the following statement:

> "I ask that you cease all telephone contact with me on my cell or my office phone. If you need to contact me for any reason, please do so in writing at the above address. Thank you for your attention to this matter."

See copy of Plaintiff's Cease and Desist Letter, a true and correct copy of which is attached hereto as Exhibit "A"

8. Despite Plaintiff's demand to cease all telephonic communication, Defendant placed non-emergency calls to Plaintiff's cellular telephone using an automatic telephone dialing system and/or an artificial or pre-recorded voice on, including but not limited to, the following dates and times:

September 15, 2011 at 5:47 P.M.

September 15, 2011 at 6:00 P.M.

September 16, 2011 at 11:51 A.M.

September 16, 2011 at 12:47 P.M.

September 17, 2011 at 2:57 P.M.

September 18, 2011 at 12:12 P.M.

September 19, 2011 at 2:42 P.M.

September 20, 2011 at 11:19 A.M.

September 22, 2011 at 8:25 A.M.

September 23, 2011 at 3:17 P.M.

September 23, 2011 at 5:57 P.M.

September 24, 2011 at 2:16 P.M.

September 25, 2011 at 3:25 P.M.

September 26, 2011 at 2:20 P.M.

September 27, 2011 at 11:17 A.M.

September 27, 2011 at 1:27 P.M.

September 27, 2011 at 1:30 P.M.

September 28, 2011 at 8:01 A.M.

September 28, 2011 at 2:00 P.M.

September 28, 2011 at 2:39 P.M.

September 28, 2011 at 2:57 P.M.

September 30, 2011 at 1:07 P.M.

September 30, 2011 at 3:00 P.M.

September 30, 2011 at 6:27 P.M.

October 1, 2011 at 1:27 P.M.

October 1, 2011 at 1:43 P.M.

October 1, 2011 at 1:48 P.M.

October 11, 2011 at 2:13 P.M.

October 11, 2011 at 4:28 P.M.

October 11, 2011 at 7:48 P.M.

October 12, 2011 at 1:38 P.M.

October 14, 2011 at 4:08 P.M.

November 3, 2011 at 2:30 P.M.

November 4, 2011 at 1:00 P.M.

November 7, 2011 at 2:30 P.M.

November 8, 2011 at 1:00 P.M.

November 9, 2011 at 1:57 P.M.

November 16, 2011 at 3:15 P.M.

November 17, 2011 at 10:06 A.M.

November 18, 2011 at 12:52 A.M.

November 19, 2011 at 11:53 A.M.

November 19, 2011 at 12:17 P.M.

November 19, 2011 at 3:37 P.M.

November 20, 2011 at 10:28 A.M.

November 20, 2011 at 6:44 P.M.

November 21, 2011 at 12:43 P.M.

November 21, 2011 at 5:59 P.M.

November 22, 2011 at 8:02 A.M.

November 22, 2011 at 12:24 P.M.

November 22, 2011 at 3:27 P.M.

November 23, 2011 at 8:03 A.M.

November 23, 2011 at 3:40 P.M.

November 23, 2011 at 12:19 P.M.

November 23, 2011 at 5:47 P.M.

November 25, 2011 at 11:07 A.M.

November 25, 2011 at 12:17 P.M.

November 25, 2011 at 12:22 P.M.

November 25, 2011 at 12:27 P.M.

November 25, 2011 at 5:37 P.M.

November 25, 2011 at 7:37 P.M.

November 26, 2011 at 11:31 A.M.

November 26, 2011 at 1:07 P.M.

November 26, 2011 at 5:27 P.M.

November 27, 2011 at 11:55 A.M.

November 27, 2011 at 6:23 P.M.

November 28, 2011 at 2:17 P.M.

November 28, 2011 at 5:37 P.M.

November 29, 2011 at 12:32 P.M.

November 29, 2011 at 6:20 P.M.

November 30, 2011 at 7:58 A.M.

November 30, 2011 at 12:27 P.M.

November 30, 2011 at 5:11 P.M.

November 30, 2011 at 6:27 P.M.

December 1, 2011 at 11:20 A.M.

December 2, 2011 at 8:09 A.M.

December 2, 2011 at 10:17 A.M.

December 2, 2011 at 6:09 P.M.

December 3, 2011 at 3:07 P.M.

December 3, 2011 at 4:07 P.M.

December 4, 2011 at 11:46 A.M.

December 4, 2011 at 3:57 P.M.

December 5, 2011 at 3:02 P.M.

9. During the time period from July 2011 through December 2011, Defendant willfully and knowingly utilized an automatic telephone dialing system to make and/or place the telephone calls listed in the preceding paragraph to Plaintiff's cellular telephone number; all of which were non-emergency calls and without the prior express consent of Plaintiff.

## COUNT I
## VIOLATION OF 47 U.S.C. §227(b)(1)(A)(iii)
## AGAINST DEFENDANT

10. Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 9.

11. Defendants violated 47 U.S.C. §277(b)(1)(A)(iii) by placing non-emergency calls to Plaintiff's cellular telephone, without the prior express consent of Plaintiff, using an automatic telephone dialing system and/or artificial or pre-recorded voice.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendants violated 47 U.S.C. § 277(b)(1)(A)(iii);

b) Awarding Plaintiff statutory damages, pursuant to 47 U.S.C. § 227(b)(3)(B), in the amount of $500.00 per violation;

c) Awarding Plaintiff statutory damages, pursuant to 47 U.S.C. § 227(b)(3)(C), in the amount of $1,500.00 per violation;

d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action;

e) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

    f) Awarding such other and further relief as the Court may deem just and proper.

## TRIAL BY JURY

12. Plaintiff is entitled to and hereby demands a trial by jury.

Respectfully submitted this 20th day of December, 2011.

    Respectfully submitted,
    **VALERIE MORGAN**

    By: __s/ Alex Weisberg___
    ALEX D. WEISBERG
    IBN: 6271510
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFF
    5722 S. Flamingo Rd, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com