IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VALERIE MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3:11-cv-01116-MJR-PMF |
| | ) | |
| CAR CREDIT CITY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### REQUEST TO PASS CASE FOR SETTLEMENT AND STAY DEADLINES

COMES NOW Defendant and hereby states that the parties have settled this case and Defendant, therefore, requests that the Court pass this case for settlement and stay all deadlines so the settlement documents can be completed.

**BROWN & JAMES, P.C.**

/s/ Steven H. Schwartz
Steven H. Schwartz, #6200688; #36436MO
1010 Market Street, 20th floor
St. Louis, MO 63101
314.421.3400
Fax: 314.421.3128
sschwartz@bjpc.com

*Attorney for Defendant*
*Car Credit City, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 29, 2012, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Mr. Alex D. Weisberg
Weisberg & Meyers, LLC
5722 S. Flamingo Road, Suite 656
Cooper City, Florida 3330
aweisberg@attorneysforconsumers.com

*Attorney for Plaintiff*

                                            /s/ Steven H. Schwartz

9833524