IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VALERIE MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3:11-cv-01116-MJR-PMF |
| | ) | |
| CAR CREDIT CITY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION FOR DISMISSAL

COME NOW Plaintiff and Defendant and hereby stipulate to the dismissal of all claims, with prejudice, with each party to pay their own attorneys' fees and costs.

WEISBERG & MEYERS, LLC

_/s/ Alex Weisberg_
Alex Weisberg
Weisberg & Meyers, LLC
5722 S. Flamingo Road
Suite 656
Cooper City, FL 33330
954.337.1885 x211
*Attorneys for Plaintiff*

BROWN & JAMES, P.C.

_/s/ Steven H. Schwartz_
Steven H. Schwartz,
1010 Market Street, 20th floor
St. Louis, Missouri 63101
314.421.3400
Fax: 314.421.3128
*Attorneys for Defendant*