# United States District Court
for the
Southern District of Illinois

| | |
|---|---|
| VALERIE MORGAN, | ) |
| | ) |
| Plaintiff(s) | ) Case Number: 11-cv-01116-MJR |
| | ) |
| v. | ) |
| | ) |
| CAR CREDIT CITY, LLC., | ) |
| | ) |
| Defendant(s) | ) |

## JUDGMENT IN A CIVIL ACTION

This cause of action is dismissed with prejudice as a result of the parties settlement. Each party shall bear his or its own costs, unless otherwise provided in the settlement documents.

Dated: July 26, 2012

Approved: _/s/ Michael J. Reagan_
Michael J. Reagan, U.S. District Judge

NANCY J. ROSENSTENGEL, Clerk

s/ Debbie DeRousse
Deputy Clerk